(133 So. 58)

## Ronald GRAHAM v. STATE.

### 1 Div. 645.

Supreme Court of Alabama.
March 19, 1931.

Vassar L. Allen, of Birmingham, for appellant.

Taylor & Taylor, of Mobile, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

**FOSTER, J.**

Petition of Ronald Graham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Graham v. State, 133 So. 57.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.